IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>HAIER GROUP CORP.; HAIER ELECTRONICS GROUP CO., LTD.; QINGDAO HAIER CO., LTD.; QINGDAO HAIER MULTIMEDIA CO., LTD.; AND QINGDAO HAIER OPTOELECTRONICS CO., LTD.,<br><br>      Defendants. | Civil Action No.: 2:17-cv-00438-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Personalized Media Communications, LLC ("Plaintiff") and Defendants Haier Group Corp., Haier Electronics Group Co., Ltd., Qingdao Haier Co., Ltd., Qingdao Haier Multimedia Co., Ltd. and Qingdao Haier Optoelectronics Co., Ltd.'s (collectively, "Defendants") Joint Motion to Dismiss (Dkt. No. 31). Plaintiff and Defendants have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' potential claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring the same. The Court, having considered this request, is of the opinion that the joint request for dismissal should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Plaintiff's claims for relief against Defendants are **DISMISSED WITH PREJUDICE** and Defendants' potential claims, defenses, and/or counterclaims for relief against Plaintiff are **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

  **So ORDERED and SIGNED this 4th day of January, 2018.**

            _____
            RODNEY GILSTRAP
            UNITED STATES DISTRICT JUDGE